IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON KOKINDA,<br>              Petitioner,<br><br>        v.<br><br>BRIAN COLEMAN,<br>KATHLEEN KANE, the Attorney General<br>of the State of Pennsylvania, and<br>JAMES B. MARTIN, the District Attorney<br>of the County of Lehigh,<br>              Respondents. | CIVIL ACTION<br><br><br><br>NO. 13-2202 |

**O R D E R**

**AND NOW**, this 18th day of June, 2014, upon consideration of Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody filed by *pro se* petitioner, Jason Kokinda, the record in this case, the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski dated May 30, 2014, Objections to R&R filed by *pro se* petitioner, and the various motions filed by *pro se* petitioner after the Report and Recommendation was filed, and on which Magistrate Judge Sitarski ruled by Order dated June 12, 2014, **IT IS ORDERED** as follows:

       1.       The Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski dated May 30, 2014, is **APPROVED AND ADOPTED**;

       2.       The Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody filed by *pro se* petitioner, Jason Kokinda, is **STAYED AND HELD IN ABEYANCE** until petitioner has exhausted his state remedies;

       3.       *Pro se* petitioner's Objections to R&R are **OVERRULED** on the ground that they address the merits of the case, not the recommendation of Magistrate Judge Sitarski that the

Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody be stayed and held in abeyance until petitioner exhausts his state remedies;

    4.    The Court **APPROVES AND ADOPTS** Magistrate Judge Sitarski's Order dated June 12, 2014, granting *pro se* petitioner's Petition for Extension of Time to File Traverse and Petition to Enlarge the Traverse Page Limits, and denying *pro se* petitioner's Petition to Hold Immediate Evidentiary Hearing.  In doing so, this Court notes that Magistrate Judge Sitarski stated in the June 12, 2014 Order, that she will consider the *habeas* petition, the Commonwealth's response, petitioner's traverse in reply, and all other relevant submissions, when the state court proceedings have been completed and petitioner's state remedies have been exhausted; and,

    5.    A certificate of appealability will not issue because reasonable jurists would not debate (a) this Court's decision that the petition does not state a valid claim of the denial of a constitutional right, or (b) the propriety of this Court's procedural rulings with respect to petitioner's claims.  *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

        **BY THE COURT:**

        /s/ Hon. Jan E. DuBois

        DuBOIS, JAN E., J.